IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02466-DME -MEH

APOTHECARYRX, LLC, an Oklahoma limited liability company,

Plaintiff,

v.

JENAE LORENZO LOCK,
CASSANDRA L. BEHRENDS,
RONALD G. LORENZO,
BARBARA LORENZO, individuals,
CJ PHARMACY SERVICES, LLC, a Colorado limited liability company, and
R.G. LORENZO PHARMACY, INC., a Colorado corporation,

Defendants.

---

STIPULATED PRELIMINARY INJUNCTION ORDER

---

The Court, having considered the *Stipulation of All Defendants to Order Granting Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and Entry for Preliminary Injunctive Relief* filed on October 13, 2010, hereby orders:

Defendants Jenae Lorenzo Lock, Cassandra L. Behrends, Ronald G. Lorenzo, Barbara Lorenzo, CJ Pharmacy Services, LLC, and R.G. Lorenzo Pharmacy, Inc., by their undersigned counsel, hereby stipulate to an order of the Court Granting Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, filed October 12, 2010 [ECF No.3] and to entry of preliminary injunctive relief as set forth in Plaintiff's Proposed Order submitted herewith, for a period of sixty days up to December 13, 2010, as follows:

A. Defendants Jenae Lorenzo Lock, Cassandra L. Behrends, Ronald G. Lorenzo, Barbara Lorenzo, CJ Pharmacy Services, LLC, And R.G. Lorenzo Pharmacy, Inc., and all those in privity, concert or participation with them are temporarily, effective immediately, and preliminarily ordered to:

(1) Turn over all trade secret, confidential and proprietary information they have removed from ApothecaryRx, to the Clerk of the United States District Court for the District of Colorado, within twenty-four (24) hours of Defendants' receipt of the Court's Order for preliminary injunctive relief;

(2) Cease any and all using, copying, disclosing, or further disseminating the trade secret, confidential and proprietary information belonging to ApothecaryRx;

(3) Cease any and all efforts to contact or solicit ApothecaryRx's customers and employees;

(4) Cease any and all use of the trade name and service mark CJ BARNES, or any other formative name containing "BARNES;"

(5) Defendants Lock and R. Lorenzo are prohibited from working for any other pharmacy business within 75 miles of Barnes Pharmacy, located at 422 Main Street, Sterling, Colorado;

(6) Cease the opening and operating of CJ Barnes Pharmacy; and

(7) R.G. Lorenzo Pharmacy, Ronald Lorenzo and Barbara Lorenzo are restrained and prohibited from directly or indirectly, conducting any Pharmacy Business as defined under the Goodwill Agreement in Logan County Colorado, or within 75 miles of Barnes Pharmacy.

B. Defendants agree that none of the Defendants will disparage Plaintiff, Graymark Healthcare, Inc. or Walgreens Company or its stores and employees, and Plaintiff agrees that it will not disparage any of the Defendants.

C. The parties stipulate that either party may move for setting of a preliminary injunction hearing at the close of the sixty day period that ends on December 13, 2010.

Therefore, it is so ORDERED.

Dated this 13th day of October, 2010.

*s/ David M. Ebel*

U. S. Circuit Court Judge, District of Colorado