IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02466-DME-MEH

APOTHECARYRX, LLC, an Oklahoma limited liability company,

      Plaintiff,

v.

JENAE LORENZO LOCK,
CASSANDRA L. BEHRENDS,
RONALD G. LORENZO, an individual,
BARBARA LORENZO, an individual,
CJ PHARMACY SERVICES, LLC, a Colorado limited liability company, and
R.G. LORENZO PHARMACY, INC., a Colorado corporation,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2010.**

      The Stipulat[ed Motion] of All Parties to Vacate the Preliminary Injunction Order and Joint Motion for Stay of Action [filed December 3, 2010; docket #16] is **denied without prejudice**. To facilitate the just and efficient determination of these matters, the parties are directed to file each request for relief separately.