**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02466-DME-MEH

APOTHECARYRX, LLC, an Oklahoma limited liability company,

    Plaintiff,

v.

JENAE LORENZO LOCK,
CASSANDRA L. BEHRENDS,
RONALD G. LORENZO,
BARBARA LORENZO, individuals,
CJ PHARMACY SERVICES, LLC, a Colorado limited liability company, and
R.G. LORENZO PHARMACY, INC., a Colorado corporation,

    Defendants.

**ORDER**

    The Court, having considered the Stipulation of All Parties to Vacate the Preliminary Injunction Order (Doc. No. 20) and the Joint Motion For Stay Of Action (Doc. No. 21) hereby GRANTS the motion for stay and ORDERS that:

    (1)    The Preliminary Injunction Order entered October 13, 2010 (Doc. No. 12) is vacated.

    (2)    This action shall be stayed until April 4, 2011, at which time the parties will take action to dismiss this case in accordance with the terms of their confidential Settlement Agreement.

    (3)    The Scheduling Conference set for December 28, 2010, at 09:30 a.m. before Magistrate Judge Michael E. Hegarty is vacated.

Dated this 21st day of December, 2010.

                                                  *s/ David M. Ebel*

                                                  United States Circuit Judge
                                                  District of Colorado